UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )          BK No.:    18-25954
TRACIE EASTER                             )
                                          )
                                          )          Chapter: 13
                                          )          Honorable Jack Schmetterer
                                          )
                                          )
            Debtor(s)                     )

## ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's request to shorten the notice requirement is granted.

2)  The Debtor is granted leave to obtain financing for $17,434.94, at an annual percentage rate of up to 21.45% for a 2015 Nissan Altima or similar vehicle.

Enter: _____

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  December 19, 2018

**Prepared by:**

Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100